**Order entered September 6, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01116-CV

**CHRISTY HAYES A/K/A CHRISTY MAYO, Appellant**

**V.**

**MAYLON S. JOHNSON, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01963-2017**

## ORDER

Before the Court is appellee's September 5, 2018 second motion for extension of time to file a brief. We **GRANT** the motion and extend the time to **September 21, 2018**. We caution appellee that further requests for extension will be disfavored.

/s/     ADA BROWN
            JUSTICE